```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

UNITED STATES OF AMERICA,   )
                            )
          Plaintiff,        )
                            )
     v.                     )   No. 4:11CR00246 CDP (FRB)
                            )
JERRY ELKINS and            )
TONEY SIMS,                 )
                            )
          Defendants.       )

**GOVERNMENT'S EXHIBIT LIST TO MOTION HEARING**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Sirena M. Wissler, Assistant United States Attorney for said District, and hereby lists the following exhibits from the motion hearing held on September 1, 2011:

1. Police reports and documents associated with defendant Elkins' pending Texas case;

2. DVD containing calls and videos.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 s/ Sirena M. Wissler
SIRENA M. WISSLER, #505777
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-7670

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

        Ron Jenkins
        Attorney at Law
        (Attorney for defendant Elkins)

and

        Levell Littleton
        Attorney at Law
        (Attorney for defendant Sims).

                                    s/ Sirena M. Wissler
                                    SIRENA M. WISSLER, #505777
                                    Assistant United States Attorney