UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY ROBINSON(11), )<br>)<br>Defendant. ) | Case No. 4:11 CR 246 CDP-11 |

# **ORDER**

This matter is before the Court on defendant Anthony Robinson's motion to dismiss several counts of the superseding indictment.[1] As with the other pretrial motions in this case, these motions were referred to United States Magistrate Judge Frederick R. Buckles under 28 U.S.C. § 636(b). Judge Buckles received briefs and heard oral argument on the motion. He then filed his Report and Recommendation recommending that the motion be denied. Defendant Robinson has filed objections to Judge Buckles' recommended ruling.

I have conducted a *de novo* review of the motion, including reviewing all briefs. I conclude Judge Buckles properly found the facts from the evidence and

---

[1]As noted in the Report and Recommendation, defendant Robinson's motion was addressed to Counts 12, 13, 16, and 17 of the original indictment in this case, which correspond to Counts 10, 11, 14, and 15 of the superseding indictment. Defendant Robinson has also filed a motion for severance and a motion to suppress evidence obtained through electronic surveillance. They are dealt with in separate orders.

properly applied the law to those facts. I will therefore adopt the factual findings, the reasoning, and the legal conclusions reached by Judge Buckles.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#1013] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Anthony Robinson's motion to dismiss Counts 10, 11, 14, and 15 of the superseding indictment [#340] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of October, 2012.